### 43794.   MARSH v. ALLGOOD.

FELTON, Chief Judge.   This is an appeal from the judgment of the superior court, on appeal from a court of ordinary, sustaining the motion to dismiss the caveat and objections which were filed to an application to the ordinary to set aside a year's support.   The record does not show that the superior court rendered a final judgment setting aside the year's support. The judgment appealed from is neither a final judgment nor one certified by the trial court for review.   *Code Ann.* § 6-701 (a) 1, 2 (Ga. L. 1965, p. 18, as amended by Ga. L. 1968, pp. 1072, 1073).   Therefore, the appeal must be dismissed.   *Code Ann.* § 6-809 (b, 2) (Ga. L. 1965, pp. 18, 29, as amended).

*Appeal dismissed. Eberhardt and Whitman, JJ., concur.*

SUBMITTED JULY 1, 1968—DECIDED NOVEMBER 5, 1968— REHEARING DENIED DECEMBER 5, 1968.

*Frank M. Gleason,* for appellant.
*Shaw, Stolz & Fletcher, Dennis D. Watson,* for appellee.